UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi Marketing, Inc., et al.,

       Plaintiff,

v.

JOHN D. COLBURN,

       Defendant.

_____/

Hon.  George Caram Steeh

Case No. 13-10475

## *EX PARTE* ORDER EXTENDING SUMMONS

This matter having come before the Court on *ex parte* Motion of the Plaintiff, Robert D. Gordon, Receiver of Legisi Marketing, Inc., et al., ("Plaintiff"), and the court otherwise being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Plaintiff's motion is hereby GRANTED; and

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. 4(m), the time allowed for service of process on Defendant John D. Colburn shall be extended by ninety (90) days, to September 4, 2013.

                                                    s/George Caram Steeh

                                                    United States District Judge

Dated:  June 6, 2013